1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS, | No: 5:11-CV-00132-PSG |
| Plaintiff, | AMENDED STIPULATION FOR DISMISSAL OF **DUNG V. HA** and **KIEU TUYET HUYNH** ONLY; [XXXXXXXXXXXXX ORDER |
| vs. | |
| HUONG T. LEE dba PETE'S STOP aka PETE'S STOP & MINI MART, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Janice Evans ("Plaintiff") and Defendants Dung V. Ha and Kieu Tuyet Huynh ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction over the

/
/
/
/

*Evans v. Lee, et al.*
Stipulation for Dismissal Dung V. Ha and Kieu Tuyet Huynh Only; [Proposed] Order
Page 1

parties to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: June 28, 2011                                             MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Janice Evans

Date: June 28, 2011                                             LAW OFFICES OF DUYEN HOANG NGUYEN

/s/ Duyen H. Nguyen
Duyen H. Nguyen, Attorneys for
Defendants Dung V. Ha and Kieu Tuyet Huynh

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Janice Evans and Defendants Dung V. Ha and Kieu Tuyet Huynh shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Janice Evans and Defendants Dung V. Ha and Kieu Tuyet Huynh, the Court shall retain jurisdiction over the parties in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendants Dung V. Ha and Kieu Tuyet Huynh are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: June 28, 2011            Paul S. Grewal
                                United States Ixxxxxxxxxxxxxxxxx

*Evans v. Lee, et al.*
Stipulation for Dismissal Dung V. Ha and Kieu Tuyet Huynh
Page 2