1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOUNG T. LEE dba PETE'STOP,<br><br>　　　　　Defendant. | No.  3:11-cv-00132-EMC<br><br>**REQUEST FOR ADMINISTRATIVE RELIEF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE [ADA Access]; [PROPOSED] ORDER**<br><br>Complaint Filed January 10, 2011<br>No Trial Date Set |

   This matter was referred to mediation on August 19, 2011.  The mediator filed a Certification of ADR Session on November 18, 2011 stating that the ADR process was complete and that the matter had not settled.

   Pursuant to General Order 56 and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter.

   Respectfully submitted this 28th day of November 2011.

                                        MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore, Attorneys for
                                        Plaintiff Janice Evans
///

*Evans v. Lee*
Request for Administrative Relief After Mediation Requesting CMC

Page 1

1 ORDER

2 Mediation in this matter having concluded without settlement, upon request of Plaintiff
3 and in accordance with General Order 56 and Local Rule 7-11, a case management conference
4 is hereby set for  12/23/11  at 9:00 a.m. in courtroom 5 of the San Francisco Courthouse.
5 The parties shall meet and confer at least twenty-one (21) days prior to the conference, and a
6 joint case management conference statement shall be filed at least seven (7) days prior to the
7 conference.

9 **IT IS SO ORDERED**.

11 Dated:  11/29/11  _____

_____ urt Judge
Judge Edward M. Chen

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Evans v. Lee*
Request for Administrative Relief After Mediation Requesting CMC