1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 271-6600
   Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS,<br><br>     Plaintiff,<br><br>   vs.<br><br> HOUNG T. LEE dba PETE'STOP,<br><br>     Defendant. | No.  3:11-cv-00132-EMC<br><br>**REQUEST FOR ADMINISTRATIVE RELIEF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE [ADA Access]; [PROPOSED] ORDER**<br><br>Complaint Filed January 10, 2011<br>No Trial Date Set |

This matter was referred to mediation on August 19, 2011.  The mediator filed a Certification of ADR Session on November 18, 2011 stating that the ADR process was complete and that the matter had not settled.

Pursuant to General Order 56 and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter.

Respectfully submitted this 28th day of November 2011.

                                        MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore, Attorneys for
                                        Plaintiff Janice Evans

///

*Evans v. Lee*
Request for Administrative Relief After Mediation Requesting CMC

Page 1

1  ORDER

2　　　　Mediation in this matter having concluded without settlement, upon request of Plaintiff
3  and in accordance with General Order 56 and Local Rule 7-11, a case management conference
4  is hereby set for ____12/23/11____ at 9:00 a.m. in courtroom 5 of the San Francisco Courthouse.
5  The parties shall meet and confer at least twenty-one (21) days prior to the conference, and a
6  joint case management conference statement shall be filed at least seven (7) days prior to the
7  conference.

8

9  **IT IS SO ORDERED**.

10
11  Dated: __11/29/11_____                                    _____
12                                                                                                    United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

*Evans v. Lee*
Request for Administrative Relief After Mediation Requesting CMC