1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS, ) | No. 3:11-CV-00132-EMC (LB) |
| ) | |
| Plaintiff, ) | **STIPULATION CONTINUING DATE** |
| ) | **FOR SETTLEMENT CONFERENCE;** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| HUONG LE dba PETE'S STOP aka PETE'S ) | |
| STOP & MINI MART, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Parties hereby stipulate that the Settlement Conference in the above matter which is currently set for February 22, 2012 be continued to March 13, 2012 at 9:30 a.m., 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612 before United States Magistrate Judge Laurel Beeler. All other requirements set forth in the Notice and Order Regarding Settlement Conference (Document 30) shall remain unchanged.

Dated: January 23, 2012                MOORE LAW FIRM, P.C.


                                       /s/ Tanya E. Moore
                                       Tanya E. Moore, Attorneys for
                                       Plaintiff Janice Evans

                                       /s/ Mimi Trieu
///                                    Mimi Trieu, Attorney for Huong Le

*Evans v. Le, et al.*
Stipulation to Continue Settlement Conference; [Proposed] Order

Page 1

ORDER

The Parties having so stipulated,

IT IS HEREBY ORDERED that the Settlement Conference currently set for February 22, 2012 be continued to March 13, 2012 at 9:30 a.m., 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612, before United States Magistrate Judge Laurel Beeler. All other requirements set forth in the Notice and Order Regarding Settlement Conference (Document 30) shall remain unchanged.

**IT IS SO ORDERED**.

Dated: January 26, 2012

LAURA BEELER
United States Magistrate Judge

*Evans v. Le, et al.*
Stipulation to Continue Settlement Conference; [Proposed] Order

Page 2