1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
Janice Evans

6

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

11  JANICE EVANS,                          )  No.  3:11-CV-00132-EMC (LB)
                                          )
12          Plaintiff,                    )  **STIPULATION CONTINUING DATE**
                                          )  **FOR SETTLEMENT CONFERENCE;**
13      vs.                               )  **[PROPOSED] ORDER**
                                          )
14  HUONG LE dba PETE'S STOP aka PETE'S   )
STOP & MINI MART,                         )
15                                        )
                                          )
16          Defendant.                    )
                                          )
17  _____ )

18          The Parties hereby stipulate that the Settlement Conference in the above matter which is

19  currently set for February 22, 2012 be continued to March 13, 2012 at 9:30 a.m., 3rd Floor,

20  Federal Building, 1301 Clay Street, Oakland, California 94612 before United States Magistrate

21  Judge Laurel Beeler.  All other requirements set forth in the Notice and Order Regarding

22  Settlement Conference (Document 30) shall remain unchanged.

23  Dated:  January 23, 2012                    MOORE LAW FIRM, P.C.

24

25                                              /s/ Tanya E. Moore_____
                                                Tanya E. Moore, Attorneys for
26                                              Plaintiff Janice Evans

27                                              /s/ Mimi Trieu_____
28  ///                                         Mimi Trieu, Attorney for Huong Le

*Evans v. Le, et al.*
Stipulation to Continue Settlement Conference; [Proposed] Order

1

<u>ORDER</u>

2

 The Parties having so stipulated,

3

 IT IS HEREBY ORDERED that the Settlement Conference currently set for February

4

22, 2012 be continued to March 13, 2012 at 9:30 a.m., 3rd Floor, Federal Building, 1301 Clay

5

Street, Oakland, California 94612, before United States Magistrate Judge Laurel Beeler. All

6

other requirements set forth in the Notice and Order Regarding Settlement Conference

7

(Document 30) shall remain unchanged.

8

 **IT IS SO ORDERED**.

9

10

Dated: January 26, 2012

11

         LAURA BEELER
         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Evans v. Le, et al.*
Stipulation to Continue Settlement Conference; [Proposed] Order