ORDER

The Parties having so stipulated,

IT IS HEREBY ORDERED that the time to file an answer to the First Amended Complaint be extended to February 10, 2012.

**IT IS SO ORDERED**

Dated: _____ 2/3/12



LAURA BEELER
United States Magistrate Judge

*Evans v. Le*                                                                                     *Case No. CV 11-00079 EJD*

[Proposed] Order - 1