UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES  DISTRICT COURT

9             Northern District of California

10                 Oakland Division

11    JANICE EVANS,                                No. C 11-00132 EMC (LB)

12                         Plaintiffs,           **ORDER RE SETTLEMENT CONFERENCE**
            v.
13
      HUONG T. LE, *et al.*,
14
                         Defendants.
15    _____/

16        On January 9, 2012, the above-captioned case was referred to the undersigned for a settlement

17    conference.  On January 11, 2012, the court issued a notice and order regarding settlement

18    conference.  ECF No. 30.  The order directs the parties to lodge settlement conference statements no

19    less than seven days prior to the conference.  *Id.* at 3.  Accordingly, settlement conference

20    statements were due on March 6, 2012.  But Le did not file a statement and her counsel has not

21    returned this chambers' telephone calls.

22        Given these factors, the court **ORDERS** Le to file a settlement conference statement that

23    includes all of the information required by the court's earlier order by 9:00 a.m. on Friday, March 9,

24    2012.  Le must also email a copy to lbpo@cand.uscourts.gov by this time.  If Le fails to comply, the

25    court will vacate the settlement conference.

26        **IT IS SO ORDERED.**

27    Dated: March 8, 2012

28                                                _____
                                                  LAUREL BEELER
                                                  United States Magistrate Judge

      C 11-00132 EMC (LB)
      ORDER