UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JANICE EVANS, | No. C 11-00132 EMC (LB) |
| Plaintiffs, | **ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| HUONG T. LE, *et al.*, | |
| Defendants. | |

On January 9, 2012, the above-captioned case was referred to the undersigned for a settlement conference. On January 11, 2012, the court issued a notice and order regarding settlement conference. ECF No. 30. The order directs the parties to lodge settlement conference statements no less than seven days prior to the conference. *Id.* at 3. Accordingly, settlement conference statements were due on March 6, 2012. But Le did not file a statement and her counsel has not returned this chambers' telephone calls.

Given these factors, the court **ORDERS** Le to file a settlement conference statement that includes all of the information required by the court's earlier order by 9:00 a.m. on Friday, March 9, 2012. Le must also email a copy to lbpo@cand.uscourts.gov by this time. If Le fails to comply, the court will vacate the settlement conference.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00132 EMC (LB)
ORDER