UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JANICE EVANS, | No. C 11-00132 EMC (LB) |
| Plaintiff, | **ORDER RESETTING SETTLEMENT CONFERENCE** |
| v. | |
| HUONG T. LE, *et al.*, | |
| Defendants. | |

On January 9, 2012, the above-captioned case was referred to the undersigned for a settlement conference. On March 8, 2012, the court ordered Le to file a settlement conference statement by 9:00 a.m. on Friday, March 9, 2012. The court did not receive a settlement conference statement but was informed, via Plaintiff's counsel, that the delay may have been due to family circumstances affecting Le's counsel. In light of these developments, the court **RESETS** the settlement conference to 10:00 a.m. on April 6, 2012. Updated settlement conference statements are due on March 30, 2012. Copies should be emailed to lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00132 EMC (LB)
ORDER