1

2

3

4

5

6

7

8                  UNITED STATES  DISTRICT COURT

9                    Northern District of California

10                         Oakland Division

11  JANICE EVANS,                          No. C 11-00132 LB

12              Plaintiff,            **ORDER RE SETTLEMENT**
       v.                             **CONFERENCE**
13
    HUONG T. LE, *et al.*,

14              Defendant.

15  _____/

16      On January 9, 2012, the above-captioned case was referred to the undersigned for a settlement

17  conference.  On January 11, 2012, the court issued a notice and order regarding settlement

18  conference.  ECF No. 30.  The order directs the parties to lodge settlement conference statements no

19  less than seven days prior to the conference.  *Id.* at 3.  Accordingly, settlement conference

20  statements were due on March 6, 2012.  Le did not submit a statement and her counsel did not return

21  this chambers' telephone calls.  Then, on March 8, 2012, the court issued another order directing Le

22  to lodge a settlement conference statement by 9:00 a.m. on Friday, March 9, 2012.  ECF No. 46 at 1.

23  Again, Le did not submit a statement and her counsel did not return this chambers' telephone calls.

24  At this point, Plaintiff's counsel explained that Le's counsel faced extenuating family circumstances.

25  The court sought to accommodate Le and her counsel, continuing the settlement conference until

26  April 6, 2012 and reiterating that settlement conference statements were due on March 30, 2012.

27  ECF No. 47 at 1.  Once again, Le neither lodged a statement nor did her counsel return the

28  chambers' telephone calls.

The court **ORDERS** Le to lodge a settlement conference statement that fully complies with the court's order filed at ECF No. 30 by 5:00 p.m. on Tuesday, April 3, 2012. Le must also email a copy to lbpo@cand.uscourts.gov by this time. Le is warned that a failure to comply with this order may result in sanctions for each day's delay, beginning from the date it was originally due (March 6, 2012). *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("District courts have the inherent power to control their dockets and, '[i]n the exercise of that power they may impose sanctions . . . .'" (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986))).

**IT IS SO ORDERED.**

Dated: April 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California