UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JANICE EVANS,<br><br>    Plaintiffs,<br>    v.<br><br>HUONG T. LE, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 11-00132 EMC (LB)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

On January 9, 2012, the above-captioned case was referred to the undersigned for a settlement conference. On January 11, 2012, the court issued a notice and order regarding settlement conference. ECF No. 30. The order directs the plaintiff to include a demand and the defendant to include its response to that demand in their respective exchanged settlement statements. *Id.* at 4. The parties' statements did not include either a demand or a response.

Given these factors, the court **ORDERS** Evans to serve a demand on Le by 4:00 p.m. today, if possible, and for Le to respond to that demand by 6:00 p.m., if possible, and for the parties' respective positions to be emailed by Evans to the court's proposed orders box at lbpo@cand.uscourts.gov by 6:30 p.m.

**IT IS SO ORDERED.**

Dated: April 5, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00132 EMC (LB)
ORDER