1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Janice Evans
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JANICE EVANS,                         )  No: 3:11-CV-00132-EMC
                                          )
12 |         Plaintiff,                   )  **STIPULATION FOR DISMISSAL OF**
                                          )  **ENTIRE ACTION; [PROPOSED] ORDER**
13 |     vs.                              )
                                          )
14 | HUONG T. LEE dba PETE'S STOP aka     )
   | PETE'S STOP & MINI MART, et al.,     )
15 |                                      )
16 |         Defendants.                  )
                                          )
17 |                                      )

18      IT IS HEREBY STIPULATED by and between Plaintiff Janice Evans ("Plaintiff") and

19 Defendant Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart ("Defendant"), by and

20 through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2),

21 Defendant Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart be dismissed with

22 prejudice from this action.

23      IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been

24 settled as between them and all issues and controversies have been resolved to their mutual

25 satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

26 of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of*

27 *America,* 511 U.S. 375, 381-82 (1994).

28 ///

| | |
|---|---|
| Date: May 15, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Janice Evans |
| Date: May 15, 2012 | /s/ Mimi N. Trieu |
| | Mimi N. Trieu |
| | Attorney for Defendant Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart |

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Janice Evans and Defendant Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Janice Evans and Defendant Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Huong T. Le dba Pete's Stop aka Pete's Stop & Mini Mart is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: May 16, 2012

United States _____ Judge

IT IS SO ORDERED
Judge Edward M. Chen

*Evans v. Lee, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2